with costs. No opinion. Present — Finch, P. J., Merrell, O'Malley, Sherman and Townley, JJ.

ROSE APPEL, by YETTA APPEL, Her Guardian ad Litem, Respondent, v. ETTA M. MULLER, Appellant, Impleaded with Another, Defendant.— Judgment affirmed, with costs. No opinion. Present — Finch, P. J., Merrell, O'Malley, Sherman and Townley, JJ.

MAYER MESSINGER'S CLOAKS & SUITS, INC., Appellant, v. C. & L. LUNCH Co., INC., Respondent.— Judgment affirmed, with costs. No opinion. Present — Finch, P. J., Merrell, O'Malley, Sherman and Townley, JJ.

MAYER MESSINGER'S CLOAKS & SUITS, INC., Appellant, v. C. & L. LUNCH Co., INC., Respondent.— Order affirmed, with twenty dollars costs and disbursements. No opinion. Present — Finch, P. J., Merrell, O'Malley, Sherman and Townley, JJ.

EUGENE BRENNAN, Respondent, v. M. L. P. BUILDERS CORPORATION, Appellant. — Judgment and order affirmed, with costs. No opinion. Present — Finch, P. J., Merrell, O'Malley, Sherman and Townley, JJ.

AARON S. SHAPIRO, Respondent, v. HILLDALE ESTATES, INC., Appellant.— Order affirmed, with twenty dollars costs and disbursements, with leave to the defendant to answer within twenty days from service of order upon payment of said costs. No opinion. Present — Finch, P. J., Merrell, O'Malley, Sherman and Townley, JJ.

ANTONIE BECKER, Respondent, v. VICTORIA G. UNGAR, Doing Business, etc., and Another, Appellants.— Judgment affirmed, with costs. No opinion. Present — Finch, P. J., Merrell, O'Malley, Sherman and Townley, JJ.

MADGE J. WALKER, Respondent, v. NEW YORK UNITED HOTELS, INC., Appellant.— Judgment affirmed, with costs. No opinion. Present — Finch, P. J., Merrell, O'Malley, Sherman and Townley, JJ.

JOSEPH A. WALKER, Respondent, v. NEW YORK UNITED HOTELS, INC., Appellant. — Judgment affirmed, with costs. No opinion. Present — Finch, P. J., Merrell, O'Malley, Sherman and Townley, JJ.

HELEN WHITE, Respondent, v. ALEXANDER LEFKO, Appellant, Impleaded with THE CLARENCE C. PERPALL Co., INC., Respondent.— Order affirmed, with costs and disbursements. No opinion. Present — Finch, P. J., Merrell, O'Malley, Sherman and Townley, JJ.

TERNER BROS., INC., Appellant, v. GLICKSTEIN & TERNER, INC., Respondent.— Order affirmed, with twenty dollars costs and disbursements. No opinion. Present — Finch, P. J., Merrell, O'Malley, Sherman and Townley, JJ.

MARY DANA, Respondent, v. THE NORTHWESTERN MUTUAL LIFE INSURANCE COMPANY, Appellant.— Judgment and order affirmed, with costs. No opinion. Present — Finch, P. J., Merrell, O'Malley, Sherman and Townley, JJ.

JOHN W. SAARI, Respondent, v. WILH. SCHAUMANS TARSO A/B, Appellant.— Judgment and order affirmed, with costs. No opinion. Present — Finch, P. J., Merrell, O'Malley, Sherman and Townley, JJ.

SAM WALD, Appellant, Respondent, v. SACHS QUALITY FURNITURE, INC., and WILLIAM SACKS, Respondents, Impleaded with JOSEPH A. MANNING, Appellant.— Order so far as appealed from by the plaintiff reversed, with costs to the plaintiff against the defendants Sachs' Quality Furniture, Inc., and William Sacks, and the verdict reinstated in the sum of $1,500 against the defendants